UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Majid Hassan, et al.,

    Plaintiffs,

v.

                        Civil No. 25-12762

                        Honorable Mark A. Goldsmith
                        Mag. Judge David R. Grand

Lisa A. Johnson, Ambassador, U.S. Embassy, Beirut, et al.,

    Defendants.

---

## STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

---

By stipulation of the parties, through their counsel, Defendants shall have until February 20, 2026, to answer or otherwise respond to the complaint in this action.

**SO ORDERED**.

Dated: January 27, 2026　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　United States District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| PALMER REY PLLC | JEROME F. GORGON JR.<br>UNITED STATES ATTORNEY |
| */s/ Glenn Eric Sproull (w/consent)*<br>Glenn Eric Sproull (IL6276310)<br>Palmer Rey PLLC<br>29566 Northwestern Highway, Suite 200<br>Southfield, MI 48034<br>(248) 522-9500<br>Eric@palmerrey.com<br>*Attorneys for Plaintiff*<br><br>Dated: January 20, 2026 | */s/ Brittany D. Parling*<br>Brittany D. Parling (P78870)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9100<br>Brittany.Parling@usdoj.gov<br>*Attorneys for Defendants*<br><br>Dated: January 20, 2026 |