UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Majid Hassan, et al.,

    Plaintiffs,

v.

    Civil No. 25-12762

    Honorable Mark A. Goldsmith
    Mag. Judge David R. Grand

Lisa A. Johnson, Ambassador, U.S. Embassy, Beirut, et al.,

    Defendants.

## STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

By stipulation of the parties, through their counsel, Defendants shall have until March 23, 2026, to answer or otherwise respond to the complaint in this action.

**SO ORDERED.**

Dated: February 23, 2026　　　　　　　s/Mark A. Goldsmith
Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　United States District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| PALMER REY PLLC | JEROME F. GORGON JR.<br>UNITED STATES ATTORNEY |
| */s/ Glenn Eric Sproull (w/consent)*<br>Glenn Eric Sproull (IL6276310)<br>Palmer Rey PLLC<br>29566 Northwestern Highway, Suite 200<br>Southfield, MI 48034<br>(248) 522-9500<br>Eric@palmerrey.com<br>*Attorneys for Plaintiff*<br><br>Dated: February 16, 2026 | */s/ Brittany D. Parling*<br>Brittany D. Parling (P78870)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9100<br>Brittany.Parling@usdoj.gov<br>*Attorneys for Defendants*<br><br>Dated: February 16, 2026 |