UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Majid Hassan, et al.,

     Plaintiffs,

v.

                                     Civil No. 25-12762

                                     Honorable Mark A. Goldsmith
Lisa A. Johnson, Ambassador, U.S.          Mag. Judge David R. Grand
Embassy, Beirut, et al.,

     Defendants.

---

**STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

Plaintiffs bring this action alleging that the U.S. Department of State has unreasonably delayed the adjudication of Plaintiff Ali Majid Hassan's immigrant visa application. Plaintiff Hassan is a citizen of Lebanon, and the U.S. Embassy in Beirut has suspended all routine consular services due to the ongoing conflict in the Middle East. *See* U.S. Dep't of State, *Security Alert – U.S. Embassy Beirut, Lebanon*, https://lb.usembassy.gov/security-alert-u-s-embassy-beirut-lebanon-march-16-2026/ (last visited March 20, 2026). Accordingly, the parties stipulate that Defendants shall have an extension of time, until April 22, 2026, to answer or otherwise respond to the complaint in this action.

**SO ORDERED.**

Dated: March 26, 2026                     s/Mark A. Goldsmith
Detroit, Michigan                         MARK A. GOLDSMITH
                                          United States District Judge


SO STIPULATED AND AGREED:

PALMER REY PLLC                           JEROME F. GORGON JR.
                                          UNITED STATES ATTORNEY

*/s/ Glenn Eric Sproull (w/consent)*      */s/ Brittany D. Parling*
Glenn Eric Sproull (IL6276310)            Brittany D. Parling (P78870)
Palmer Rey PLLC                           Assistant United States Attorney
29566 Northwestern Highway, Suite 200     211 W. Fort Street, Suite 2001
Southfield, MI 48034                      Detroit, Michigan 48226
(248) 522-9500                            (313) 226-9100
Eric@palmerrey.com                        Brittany.Parling@usdoj.gov
*Attorneys for Plaintiff*                 *Attorneys for Defendants*

Dated: March 20, 2026                     Dated: March 20, 2026

2