UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Majid Hassan, et al.,

      Plaintiffs,

                                   Civil No. 25-12762

v.

                                   Honorable Mark A. Goldsmith
                                   Mag. Judge David R. Grand

Lisa A. Johnson, Ambassador, U.S.
Embassy, Beirut, et al.,

      Defendants.

---

**STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

All routine consular services continue to be suspended at the U.S. Embassy in Beirut. Accordingly, the parties stipulate that Defendants shall have an extension of time, until June 22, 2026, to answer or otherwise respond to the complaint in this action.

      **SO ORDERED.**

Dated: May 21, 2026                    s/Mark A. Goldsmith
Detroit, Michigan                  MARK A. GOLDSMITH
                                   United States District Judge

SO STIPULATED AND AGREED:

PALMER REY PLLC

/s/ Glenn Eric Sproull (w/consent)
Glenn Eric Sproull (IL6276310)
Palmer Rey PLLC
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
(248) 522-9500
Eric@palmerrey.com
*Attorneys for Plaintiff*

Dated: May 18, 2026

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

/s/ Brittany D. Parling
Brittany D. Parling (P78870)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
Brittany.Parling@usdoj.gov
*Attorneys for Defendants*

Dated: May 18, 2026

2