UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ali Majid Hassan, et al.,

Plaintiff(s),

v.

Case No. 2:25−cv−12762−MAG−DRG
Hon. Mark A. Goldsmith

United States Embassy, Beirut, Ambassador of , et al.,

Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE: September 16, 2026 at 04:00 PM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys−only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Joseph Heacox
Case Manager

Dated: September 3, 2026