United States District Court
Eastern District of Michigan
Southern Division

Ali Majid Hassan, et al.,

Plaintiffs,

v.

Lisa A. Johnson, Ambassador, U.S. Embassy, Beirut, et al.,

Defendants.

Civil No. 25-12762

Honorable Mark A. Goldsmith
Mag. Judge David R. Grand

---

# Joint Status Report

---

The parties have conferred and submit this Joint Status Report to inform the Court of recent developments relevant to this action.

Plaintiffs bring this action alleging that the U.S. Department of State has unreasonably delayed the adjudication of Plaintiff Ali Majid Hassan's immigrant visa application. Hassan is a citizen of Lebanon. He appeared for an interview at the U.S. Embassy in Beirut, Lebanon, on July 30, 2024. In February 2026, a consular officer refused Hassan's visa application after determining that he was subject to the Department of State's pause on immigrant visa issuances for nationals of countries who are at high risk of U.S. public benefits reliance, including Lebanon. *See* U.S. Dep't of State, *Immigrant Visa Processing Updates*

*for Nationalities at High Risk of U.S. Public Benefits Reliance*, https://travel.state.gov/content/travel/en/News/visas-news/immigrant-visa-processing-updates-for-nationalities-at-high-risk-of-public-benefits-usage.html.

The parties previously agreed to extend the government's deadline to respond to Plaintiffs' complaint because the U.S. Embassy in Beirut had suspended all routine consular services. (ECF Nos. 15–19.) The U.S. Embassy in Beirut resumed regular immigrant visa processing. U.S. Embassy in Lebanon, *Important Visa Information*, https://lb.usembassy.gov/visas/important-visa-information/.

On August 21, 2026, the U.S. District Court for the Southern District of New York issued an opinion and order vacating the immigrant visa issuance pause policy. *Catholic Legal Immigr. Network, Inc. (CLINIC) et al. v. Rubio et al.*, No. 1:26-cv-00858-JAV (S.D.N.Y. Aug. 21, 2026). The vacatur remains in effect until the Southern District of New York or a higher court stays the order. The Department of State has directed each consular post to take steps outlined in a Memorandum dated September 10, 2026 (attached as Exhibit A), including determining how best to allocate its finite resources to carry out the re-adjudications required by the court's orders.

Given these developments, the parties agree to an extension of time, until October 21, 2026, for the government to respond to Plaintiffs' complaint. This extension will allow the parties to determine the status of Hassan's visa application

given the order in the *CLINIC* case and confer on how to proceed in this litigation.

The parties will submit a proposed order to the Court via ECF Utilities.

Respectfully submitted,

PALMER REY PLLC

*/s/ Glenn Eric Sproull (w/consent)*
Glenn Eric Sproull (IL6276310)
Palmer Rey PLLC
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
(248) 522-9500
Eric@palmerrey.com
*Attorneys for Plaintiff*

Dated: September 18, 2026

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

*/s/ Brittany D. Parling*
Brittany D. Parling (P78870)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
Brittany.Parling@usdoj.gov
*Attorneys for Defendants*

Dated: September 18, 2026