UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Majid Hassan, et al.,

Plaintiffs,

v.

Lisa A. Johnson, Ambassador, U.S. Embassy, Beirut, et al.,

Defendants.

Civil No. 25-12762

Honorable Mark A. Goldsmith
Mag. Judge David R. Grand

---

**STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

The parties, through their counsel, stipulate that Defendants may have an extension of time, until October 21, 2026, to answer or otherwise respond to the complaint in this action. There is good cause for the extension for the reasons explained in the parties' Joint Status Report (ECF No. 21).

SO ORDERED.

Dated: September 29, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

SO STIPULATED AND AGREED:

PALMER REY PLLC

*/s/ Glenn Eric Sproull (w/consent)*

Glenn Eric Sproull (IL6276310)
Palmer Rey PLLC
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
(248) 522-9500
Eric@palmerrey.com

*Attorneys for Plaintiff*

Dated: September 18, 2026

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

*/s/ Brittany D. Parling*

Brittany D. Parling (P78870)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9746
Brittany.Parling@usdoj.gov

*Attorneys for Defendants*

Dated: September 18, 2026