UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ali Majid Hassan, et al.,

Plaintiffs,

v.

Lisa A. Johnson, Ambassador, U.S. Embassy, Beirut, et al.,

Defendants.

Civil No. 25-12762

Honorable Mark A. Goldsmith
Mag. Judge David R. Grand

---

**STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

Plaintiff Ali Majid Hassan has been scheduled for an immigrant visa interview at the U.S. Embassy in Beirut, Lebanon, on October 30, 2026. Accordingly, the parties, through their counsel, stipulate that Defendants may have an extension of time, until November 20, 2026, to answer or otherwise respond to the complaint in this action.

SO ORDERED.

Dated: October 21, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

SO STIPULATED AND AGREED:

PALMER REY PLLC

*/s/ Glenn Eric Sproull (w/consent)*
Glenn Eric Sproull (IL6276310)
Palmer Rey PLLC
29566 Northwestern Highway, Suite 200
Southfield, MI 48034
(248) 522-9500
Eric@palmerrey.com
*Attorneys for Plaintiff*

Dated: October 15, 2026

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

*/s/ Brittany D. Parling*
Brittany D. Parling (P78870)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9746
Brittany.Parling@usdoj.gov
*Attorneys for Defendants*

Dated: October 15, 2026