**DECLARATION OF SAMUEL MCDONALD**

I, Samuel McDonald, hereby declare under penalty of perjury:

1. I am employed by the U.S. Department of State as an Attorney-Adviser in the Office of the Assistant Legal Adviser for Consular Affairs. In that capacity, I am authorized to search the electronic Consular Consolidated Database ("CCD") of the U.S. Department of State, Bureau of Consular Affairs, for records of nonimmigrant and immigrant visas.

2. The CCD contains electronic data recording cases, visa applications, and visas issued and refused at U.S. diplomatic and consular posts, including the U.S. Embassy in Beirut, Lebanon.

3. In relation to *Hassan et. al., v. Rubio, et al.,* Case No. 25-cv-12762, I have reviewed the Complaint which provides the names and other personal information concerning the individuals identified therein. This Declaration sets forth a true and correct summary of the information available in the CCD regarding the visa application of ALI MAJID HASSAN identified in the Complaint. This Declaration identifies the parties as their names appear in the CCD.

4. The CCD reflects that ALI MAJID HASSAN appeared for his consular interview at the U.S. Embassy in Beirut and made an application for an immigrant visa on May 12, 2014. The consular officer refused ALI MAJID HASSAN visa applications under INA § 212(a)(9)(B)(i)(II), 8 U.S.C. 1182(a)(9)(B)(i)(II).

5. The CCD further reflects that on September 24, 2014, consular officer found the applicant ineligible for visa under INA § 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I).

6. The CCD reflects that ALI MAJID HASSAN was re-interviewed by a consular officer on July 30, 2024, at the U.S. Embassy in Beirut, Lebanon. The CCD reflects that the consular officer refused ALI MAJID HASSAN visa application under INA section 221(g), 8 U.S.C. § 1201(g). The consular officer determined that additional security screening was required.

7. The CCD reflects that on July 30, 2024, the applicant provided documentation to overcome his ineligibility under INA § 212(a)(2)(A), 8 U.S.C. § 1182(a)(2)(A). The CCD further reflects that on May 9, 2025, a consular officer determined that ALI MAJID HASSAN overcame the ineligibility under INA § 212(a)(2)(A), 8 U.S.C. § 1182(a)(2)(A).

8. The CCD further reflects that on February 27, 2026, a consular officer re-interviewed ALI MAJID HASSAN. The CCD reflects that, on the same date, the consular officer refused ALI MAJID HASSAN's visa application under INA § 221(g) after determining that he was subject to the Department of State pause on immigrant visa issuances for nationalities of countries whose immigrants are at high risk of U.S. public benefits reliance, which includes Lebanon.

9. The CCD reflects that ALI MAJID HASSAN was re-interviewed by a consular officer on November 6, 2026, at the U.S. Embassy in Beirut, Lebanon. On the same date, a consular officer re-adjudicated and refused ALI MAJID HASSAN's visa application under INA § 212(a)(4)(A).

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on November 20, 2026

Samuel W McDonald

Digitally signed by Samuel W McDonald
Date: 2026.11.20 16:57:42 -05'00'

Samuel McDonald
Attorney-Adviser
U.S. Department of State